UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-25101-WILLIAMS

GIESELYS ARVELO,

    Plaintiff,

v.

KILOLO KIJAKAZI, *acting Commissioner of Social Security*,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***Report***") (DE 17) on Plaintiff Gieselys Arvelo's ("***Ms. Arvelo's***") Motion for Summary Judgment (DE 10) and Defendant Kilolo Kijakazi's ("***Defendant's***") Motion for Summary Judgment and Response (DE 14).[1] No objections were filed to the Report, and the time to object has passed. The Report recommends the Court deny Ms. Arvelo's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. (DE 17 at 1, 10.) The Report affirms the Administrative Law Judge's ("***ALJ's***") decision that Ms. Arvelo "can perform her past relevant work as an accountant" and finds that the ALJ's conclusions regarding Ms. Arvelo's mental impairments and physical limitations are supported by substantial evidence in the record. (*Id.* at 8, 10.) Upon a careful review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1. Judge McAliley's Report (DE 17) is **AFFIRMED AND ADOPTED**;

---

[1] Defendant filed a Response in Opposition (DE 15), and Ms. Arvelo filed a Reply/Response in Opposition (DE 16).

2. Plaintiff's Motion for Summary Judgment (DE 10) is **DENIED**;

3. Defendant's Motion for Summary Judgment (DE 14) is **GRANTED**;

4. The Clerk is directed to **ENTER FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Defendant and against Plaintiff; and

5. The Clerk is ordered to **CLOSE** the case. All hearings and deadlines in this matter are **CANCELED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>1st</u> day of February, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE